No. 84–5935.   MITCHELL v. BARR ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–5936.   POWELL v. WYRICK, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 84–5939.   WILLIAMS v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 84–5940.   BUSCHARD v. GEORGE, JUDGE, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–5942.   THOMAS v. MISSOURI.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 84–5945.   WATKINS v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir.   Certiorari denied.

No. 84–5946.   GALLO v. HOLLAND, WARDEN.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 84–5948.   BEARDON v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 84–5952.   MESSINA v. OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 84–5956.   BLANKENSHIP, AKA BROWN v. CABINET FOR HUMAN RESOURCES ET AL.   Sup. Ct. Ky.   Certiorari denied.

No. 84–5957.   HAILI v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–5961.   HEARN v. R. R. DONNELLEY & SONS CO. C. A. 7th Cir.   Certiorari denied.

No. 84–5962.   MOORE v. BLACK, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 84–5965.   WEIR v. WILSON ET AL.   C. A. 6th Cir.   Certiorari denied.